# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2968
_____

Jacklynn Heritage,

        Appellant,

      v.

PRADCO Outdoor Brands; EBSCO
Industries, Inc.

        Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Western
\*   District of Arkansas.
\*
\*       [UNPUBLISHED]
\*
\*

_____

Submitted:  April 7, 2004

Filed:  May 4, 2004
_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.
_____

PER CURIAM.

Jacklynn Heritage appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action.  Having carefully reviewed the record, we conclude summary judgment was proper for the reasons explained by the district court.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.